TODD BLANCHE
Deputy Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar No. 8264
JOSHUA BRISTER
Assistant United States Attorney
501 Las Vegas Boulevard South
Suite 1100
Las Vegas, Nevada 89101
702-388-6370 (phone)
joshua.brister@usdoj.gov
*Attorneys for the United States*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:26-cr-00099-CDS-DJA-3 |
| Plaintiff, | |
| v. | **PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM FOR JAMAL BUCK (ID # 07517701)** |
| JAMAL BUCK, | |
| Defendant. | |

The United States of America respectfully requests that the Court issue a Writ of Habeas Corpus Ad Prosequendum directing the Sheriff/Commander, San Diego Central Jail, San Diego, California, and the United States Marshal for the District of Nevada to produce JAMAL BUCK before the United States District Court on or about June 17, 2026, at the hour of 2:30 p.m., in Courtroom 3C, for initial appearance regarding a Criminal Indictment, who is currently in the custody of the Sheriff/Commander, San Diego Central Jail, San Diego, California.

On June 3, 2026, a federal grand jury in this District returned an Indictment in the above-captioned matter charging **JAMAL BUCK.**

A Writ of Habeas Corpus Ad Prosequendum was granted on June 3, 2026, by the Honorable Daniel J. Albregts. Despite this, **JAMAL BUCK** was released from the Warden,

Clark County Detention Center, Las Vegas, Nevada, and transferred to San Diego Central Jail, San Diego, California.

Accordingly, the Government has filed a new Writ of Habeas Corpus Ad Prosequendum so that the United States Marshals Service can produce JAMAL BUCK before this Court for the purpose of initial appearance regarding a Criminal Indictment and from time to time and day to day thereafter, at such times and places as may be ordered and directed by this Court, to appear before this Court, and when excused by this Court, to be returned to the custody of the Sheriff/Commander, San Diego Central Jail, San Diego, California.

Respectfully submitted this 15th day of June 2026

TODD BLANCHE
Deputy Attorney General

/s/ Joshua Brister
JOSHUA BRISTER
Assistant United States Attorney
Attorneys for Plaintiff
UNITED STATES OF AMERICA

2

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:26-cr-00099-CDS-DJA-3 |
| Plaintiff, | |
| v. | **ORDER FOR ISSUANCE OF WRIT OF HABEAS CORPUS AD PROSEQUENDUM FOR JAMAL BUCK (ID # 07517701)** |
| JAMAL BUCK, | |
| Defendant. | |

Upon reading the petition of the United States Attorney for the District of Nevada, and good cause appearing therefore,

IT IS HEREBY ORDERED that a Writ of Habeas Corpus Ad Prosequendum issue out of this Court, directing the production of the body of JAMAL BUCK before the United States District Court at Las Vegas, Nevada, on or about June 17, 2026, at the hour of 2:30 p.m., in Courtroom 3C, for initial appearance regarding a Criminal Indictment, and any further proceedings and from time to time and day to day thereafter until excused by the said Court.

DATED:   June 16, 2026.

_____
HONORABLE DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

1